Joseph A. Lepera, Esq. (SBN. 207615)
**LAW OFFICE OF JOSEPH A. LEPERA**
One Market – Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone:  415-215-1001
Facsimile:  415-398-1696

Patrick R. Kitchin, Esq. (SBN. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone:  415-677-9058
Facsimile:  415-627-9076

Attorneys for Samuel Castillo

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CASTILLO | ) Case No.:  3:10-cv-02358 SI |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) **RE: CORRECTING THE NAME OF** |
| | ) **DEFENDANT** |
| TRINITY PROTECTION SERVICES, INC., a Maryland Corporation; doing business in California as TRINITY PROTECTION SERVICES, INC. | ) |
| Defendants. | ) |
| | ) **JUDGE:  Hon. Susan Illston** |
| | ) **LOCATION:  Courtroom 10, 19th Floor** |
| | ) **450 Golden Gate Avenue** |
| | ) **San Francisco, California 94102** |

---

*Samuel Castillo v. Trinity Protection Services, Inc.*   Case No. CV-02358-SI
STIPULATION AND [PROPOSED] ORDER

1

Plaintiff Samuel Castillo hereby submits this Stipulation and [Proposed] Order permitting Plaintiff to amend the Second Amended Complaint correcting the name of Defendant.

WHEREAS, Plaintiff filed his Second Amended Complaint on January 15, 2010 and recently discovered a clerical error, namely, inadvertently referencing Defendants as Trinity Protective Services, Inc. instead of Defendant's legal name: Trinity Protection Services, Inc.

WHEREAS, Defendant Trinity Protection Services, Inc. correctly answered the Second Amended Complaint on February 16, 2010, naming Defendant as Trinity Protection Services, Inc.

WHEREAS, Defendant Trinity Protection Services, Inc. filed a Notice of Removal of Action on May 28, 2010.

Based on the stipulation of counsel to the parties and good cause appearing, IT IS HEREBY ORDERED the Second Amended Complaint be corrected in the following particulars, as represented by boldfaced print, set forth below:

**Trinity Protection Services, Inc.**

**SO STIPULATED:**                                LAW OFFICE OF JOSEPH A. LEPERA

Date: August <u>16</u>, 2010                       By: ___/s/ Joseph A. Lepera_____
                                                   Joseph A. Lepera
                                                   Attorneys for Plaintiff

                                                  COBLENTZ PATCH DUFFY & BASS, LLP

Date: August <u>18</u>, 2010                       By: __/s/ Na'il Benjamin_____
                                                   Na'il Benjamin
                                                   Attorneys for Defendant

**IT IS SO ORDERED:**

Date: August ___, 2010                            By: _____
                                                   Hon. Susan Illston

---

*Samuel Castillo v. Trinity Protection Services, Inc.*                            Case No. CV-02358-SI
STIPULATION AND [PROPOSED] ORDER