1  Joseph A. Lepera (SBN 207615)
2  LEPERA & ASSOCIATES, PC
   One Market – Spear Tower, 36th Floor
3  San Francisco, CA 94105
   Telephone: (415) 215-1001
4  Facsimile: (415) 398-1696
   joseph@leperalaw.com
5
   Patrick R. Kitchin (SBN 162965)
6  KITCHIN LEGAL
   565 Commercial Street, 4th Floor
7  San Francisco, CA 94111
   Telephone: (415) 677-9058
8  Facsimile: (415) 627-9076
   prk@kitchinlegal.com
9
   Attorneys for Plaintiffs
10 Samuel Castillo

11 Clifford E. Yin (SBN 173159)
   Na'il Benjamin (SBN 240354)
12 COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building – Suite 200
13 San Francisco, California  94111-4213
   Telephone: (415) 391-4800
14 Facsimile: (415) 989-1663
   ef-cey@cpdb.com
15 ef-nxb@cpdb.com

16 Attorneys for Defendant
   Trinity Protection Services, Inc.
17

18                 **UNITED STATES DISTRICT COURT**

19                 **NORTHERN DISTRICT OF CALIFORNIA**

20

21                                          | Case No.  CV-10-2358 SI
   SAMUEL CASTILLO
22                                          | **STIPULATION AND [PROPOSED]**
         Plaintiffs,                        | **ORDER REQUESTING A CONTINUANCE**
23                                          | **OF THE CASE MANAGEMENT**
         v.                                 | **CONFERENCE**
24
   TRINITY PROTECTION SERVICES, INC. and
25 Does 1 through 50, inclusive,

26       Defendants.                        | Judge:  Hon. Susan Illston

27

28

                                            1                    Case No. CV-10-2358 SI
   STIPULATION AND [PROPOSED] REQUESTING A CONTINUANCE CASE MANAGEMENT CONFERENCE

1 **IT IS HEREBY** stipulated and agreed by and between the parties that the above-captioned case has settled.  The parties are in the process of signing the Settlement Agreement and request a continuance of the Case Management Conference scheduled on December 9, 2010.  The parties request the Case Management Conference be continued to February 18, 2011.

Defendants will file a Stipulated Dismissal with Prejudice and [Proposed] Order prior to the next scheduled Case Management Conference.

DATED: December 7, 2010        LEPERA & ASSOCIATES, PC
                               By:   /s/ Joseph A. Lepera
                                     JOSEPH A. LEPERA
                                     Attorneys for Samuel Castillo

DATED: December 7, 2010        KITCHIN LEGAL
                               By:   /s/ Patrick R. Kitchin
                                     PATRICK R. KITCHIN
                                     Attorneys for Samuel Castillo

DATED: December 8, 2010        COBLENTZ PATCH DUFFY & BASS, LLP
                               By:   /s/ Na'il Benjamin
                                     Attorneys for Trinity Protection
                                     Services, Inc.

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston
Judge, United States District Court