| | |
|---|---|
| 1 | CLIFFORD E. YIN (State Bar No. 173159) |
|   | NA'IL BENJAMIN (State Bar No. 240354) |
| 2 | COBLENTZ, PATCH, DUFFY & BASS LLP |
|   | One Ferry Building, Suite 200 |
| 3 | San Francisco, California  94111-4213 |
|   | Telephone: 415.391.4800 |
| 4 | Facsimile: 415.989.1663 |
|   | Email:    ef-cey@cpdb.com, |
| 5 |                ef-nxb@cpdb.com |
| 6 | Attorneys for Defendant |
|   | Trinity Protection Services, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CASTILLO, | Case No. CV-10-2358 SI |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER** |
| v. | |
| TRINITY PROTECTION SERVICES, INC. and Does 1 through 50, inclusive, | Hon. Susan Illston |
| Defendants. | |

**IT IS HEREBY** stipulated and agreed by and between the parties in the above captioned action that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all allegations, claims and prayers for relief in this litigation brought by Plaintiff, Samuel Castillo ("Mr. Castillo), against Trinity Protection Services, Inc. ("Trinity"), are hereby dismissed with prejudice and without costs or attorneys' fees  ("Dismissal") according to the following terms hereby made fully a part of the Court's Order:

>Mr. Castillo covenants, on behalf of himself and his heirs, successors and assigns, that neither he nor they will file, participate in, or instigate the filing of any lawsuits, complaints, or charges in any state or federal court or any proceedings before any local, administrative, state, or federal agency, or in any other forum, except under legal compulsion, claiming that any of the Released Parties have violated any law or obligation based upon events or omissions occurring prior to the Court's Order dismissing this matter with prejudice, including, but not limited to, any claims that

have been or could have been asserted in this action and any claims that could have been asserted in any other action. Mr. Castillo understands, acknowledges, and agrees that all such claims, liabilities or causes of action, including, without limitation, any claim for attorneys' fees and costs, are forever barred by this Dismissal, regardless of the forum in which they may be brought.

This existence of, and circumstances related to, this Dismissal are strictly confidential, except to the extent disclosure thereof is required by law. Unless compelled by law, Mr. Castillo agrees not to disclose, either directly or indirectly, the existence of, and/or circumstances related to, this Dismissal to any third party, other than his attorney, spouse, accountant, or tax preparer, provided that he first informs each of these persons of the nature and extent of this confidentiality obligation and secures his or her agreement not to disclose the existence of, and circumstances related to, this Dismissal to any third party. Without limiting the foregoing, Mr. Castillo agrees that he shall not discuss the Action or the existence of, and circumstances related to, this Dismissal with any current or former employee of Trinity, and shall not suggest to any person, either directly or indirectly, that he received valuable consideration as a result of making a demand on or filing the Action or that any such person would receive valuable consideration as a result of taking legal action against Trinity or any of the other Related Parties. Mr. Castillo agrees that a violation of this provision, in any way, is a breach of the Court's Order.

STIPULATED AND AGREED

DATED: December 13, 2010        LEPERA & ASSOCIATES, PC

                                By:  /s/ Joseph A. Lepera
                                     Joseph A. Lepera
                                     Attorney for Plaintiff
                                     Samuel Castillo

DATED: December 13, 2010        KITCHIN LEGAL

                                By:  /s/ Patrick R. Kitchin
                                     Patrick R. Kitchin, Esq.
                                     Attorney for Plaintiff
                                     Samuel Castillo

DATED: December 14, 2010        COBLENTZ, PATCH, DUFFY & BASS LLP

                                By:  /s/ Na'il Benjamin
                                     Na'il Benjamin
                                     Attorneys for Defendant
                                     Trinity Protection Services, Inc.

**ORDER**

Pursuant to the Stipulation set forth above, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice and without costs;

2. The dismissal is expressly conditioned on the following:

    Mr. Castillo covenants, on behalf of himself and his heirs, successors and assigns, that neither he nor they will file, participate in, or instigate the filing of any lawsuits, complaints, or charges in any state or federal court or any proceedings before any local, administrative, state, or federal agency, or in any other forum, except under legal compulsion, claiming that any of the Released Parties have violated any law or obligation based upon events or omissions occurring prior to the Court's Order dismissing this matter with prejudice, including, but not limited to, any claims that have been or could have been asserted in this action and any claims that could have been asserted in any other action. Mr. Castillo understands, acknowledges, and agrees that all such claims, liabilities or causes of action, including, without limitation, any claim for attorneys' fees and costs, are forever barred by this Dismissal, regardless of the forum in which they may be brought.

    This existence of, and circumstances related to, this Dismissal are strictly confidential, except to the extent disclosure thereof is required by law. Unless compelled by law, Mr. Castillo agrees not to disclose, either directly or indirectly, the existence of, and/or circumstances related to, this Dismissal to any third party, other than his attorney, spouse, accountant, or tax preparer, provided that he first informs each of these persons of the nature and extent of this confidentiality obligation and secures his or her agreement not to disclose the existence of, and circumstances related to, this Dismissal to any third party. Without limiting the foregoing, Mr. Castillo agrees that he shall not discuss the Action or the existence of, and circumstances related to, this Dismissal with any current or former employee of Trinity, and shall not suggest to any person, either directly or indirectly, that he received valuable consideration as a result of making a demand on or filing the Action or that any such person would receive valuable consideration as a result of taking legal action against Trinity or any of the other Related Parties. Mr. Castillo agrees that a violation of this provision, in any way, is a breach of the Court's Order.

3. This Court shall retain jurisdiction over this matter for purposes of enforcing the terms and conditions set forth herein.

The Clerk shall close this file.

Dated: _____, 2010

_____
Honorable Susan Illston
United States District Judge